UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF
TUG CHAMPION, INC.,
as owner, et al.,　　　　　　　　　　　　　　　CASE NO: 8:10-cv-340-T-23TBM

　　　　Plaintiffs.
_____/

### ORDER

Pursuant to 46 U.S.C. § 30511 and Supplemental Rule F, Federal Rules of Civil Procedure, Tug Champion, Inc.; McCulley Marine Services, Inc.; Pine Island Towing Company; and John W. McCulley (the "plaintiffs") seek exoneration from or limitation of liability for any claim resulting from a July 4, 2009, incident resulting in the death of Jose H. Medina. The claimant City of Bradenton Beach moves (Doc. 41) unopposed to dismiss its claim (Doc. 19) for indemnity or contribution from the plaintiffs. The unopposed motion (Doc. 41) is **GRANTED**, the claim (Doc. 19) is **DISMISSED**.

ORDERED in Tampa, Florida, on April 30, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEVEN D. MERRYDAY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　US Magistrate Judge
　　　Courtroom Deputy