UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF
TUG CHAMPION, INC.,
as owner, et al.,                  CASE NO: 8:10-cv-340-T-23TBM

    Plaintiffs.
_____/

## ORDER

The claimant Christie L. Soto's "renewed second amended motion to dissolve injunction and stay" (Doc. 44) is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(g) and **DENIED WITHOUT PREJUDICE** for failure to comply with the April 26, 2010, order rejecting the proposed stipulations, which fail to comply with Beiswenger Enterprises Corp. v. Carletta, 86 F.3d 1032 (11th Cir. 1996), and Guillot v. Cenac Towing Co., 366 F.2d 898, 511 (5th Cir. 1966).

ORDERED in Tampa, Florida, on May 3, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy